(89 South. 926)

MARTIN v. STATE. (7 Div. 699.) (Court of Appeals of Alabama. June 21, 1921.) Appeal from Circuit Court, Etowah County; W. J. Martin, Judge. Harwell G. Davis, Atty. Gen., for the State.

SAMFORD, J.   There is no bill of exceptions, and the record is without error. Affirmed.